| | |
|---|---|
| 1 | Mark D. Estle, SBN 135004 |
| 2 | Erica T. Loftis, SBN 259286 |
|   | Kristen C. Kish, SBN 295194 |
| 3 | Buckley Madole, P.C. |
|   | 12526 High Bluff Drive, Suite 238 |
| 4 | San Diego, CA 92130 |
| 5 | Telephone: 858-720-0890 |
|   | Fax: 858-720-0092 |
| 6 | Mark.Estle@BuckleyMadole.com |
| 7 | Attorney for Secured Creditor |

### UNITED STATES BANKRUPTCY COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| In re: | Case No. 9:16-bk-11693-PC |
|---|---|
| Fredda J. Thomas, | Chapter 13 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | <u>341(a) Meeting</u>: |
| | Date: 11/9/2016 |
| | Time: 10:00 a.m. |
| | Place: 128 E Carrillo Street |
| |        Santa Barbara, CA 93101 |
| | <u>Confirmation Hearing</u>: |
| | Date: 12/15/2016 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 201 |
| Debtor. |        1415 State Street |
| |        Santa Barbara, CA 93101 |

TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificates, Series 2007-2 ("Secured Creditor"), as serviced by Rushmore Loan Management Services LLC ("Rushmore"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property.** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $352,107.75, including arrearage in the approximate amount of $20,812.80. Secured Creditor's claim is secured by the real property commonly known as 319 Wynn Ct, Thousand Oaks, California 91362 (the "Property"). Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of February 7, 2017.

2. **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** According to the plan, Debtor has omitted the arrearage on Secured Creditor's claim. Therefore, Debtor has failed to provide for the curing of the default in the approximate amount of $20,812.80. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

3. **Pursuant to 11 U.S.C. §1325(a)(6), the Plan fails to provide how Debtor will be able to make all payments under the Plan and to comply with the Plan.** According to the plan, Debtor will make monthly payments of $278.00 for 60 months to the Trustee for a base plan amount of $16,680.00. However, according to the Debtor's Schedules, Debtor has a monthly net income of only $280.99. This amount will be insufficient to fund the plan and utterly infeasible once the arrears on Secured Creditor's claim, an additional $20,812.80, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1325(a)(6).

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,

///

///

///

2. Debtor's Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: 9/30/2016

Respectfully Submitted,
Buckley Madole, P.C.

By: /s/ Erica T. Loftis
Erica T. Loftis
Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

14841 Dallas Parkway, Suite 300
Dallas, Texas 75254

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/30/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.nd.ecf@usdoj.gov

*Trustee*
Elizabeth F. Rojas
cacb_ecf_nd@ch13wa.com

*Debtor's Attorney*
Julie J. Villalobos
julie@oaktreelaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **9/30/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Peter Carroll
1415 State Street, Suite 230
Santa Barbara, CA 93101

*Debtor*
Fredda J. Thomas
319 Wynn Ct.
Thousand Oaks, CA 91362

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/30/2016 | **Bristol Cox** | */s/ Bristol Cox* |
|---|---|---|
| Date | Printed Name | Signature |

PrfSrv_CAC_X14                                                                                                                                   5420-N-1324
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE